**No. 43525.**—Protests 805647-G, etc., of W. X. Huber Co. et al. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the articles described as forks or woodenware, fork salad sets, or wooden spoons and forks, or by other qualifying words, are similar to those the subject of *Borgfeldt* v. *United States* (T. D. 48585). The claim at 33⅓ percent under paragraph 412 was therefore sustained.